IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES M. NEFF, JR.** individually and on behalf of all others similarly situated and **STACY MARIE ADAMS-NEFF** individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:19cv1028 |
| | ) | **Electronic Filing** |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC.,** | ) ) ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 20th day of August, 2025, in accordance with the Opinion and Order of Court entered on this date and pursuant to Federal Rule of Civil Procedure 58, IT IS ORDERED that final judgment is entered in the form of the dismissal of Plaintiffs' First Amended Complaint with prejudice. The Clerk of Court shall mark the case closed.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:  Kevin Abramowicz, Esquire
 Mark G. Moynihan, Esquire
 Kevin W. Tucker, Esquire
 Lauren M. Burnette, Esquire
 James K. Trefil, Esquire

 (*Via First Class Mail*)